UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMAD MINES FNP-C,<br>THE INSTITUTE OF<br>MULTIDIMENSIONAL MEDICINE,<br><br>Plaintiffs,<br><br>v.<br><br>METAGENICS, INC.,<br><br>Defendant. | Civil Action No. 22-3789 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's [5] Motion to Dismiss is GRANTED IN PART and DENIED IN PART;

2. Counts I, III, and IV are DISMISSED WITHOUT PREJUDICE;

3. Count II is DISMISSED WITHOUT PREJUDICE IN PART and only to the extent that it alleges the breach of an implied-in-fact contract;

4. Defendant's request to Dismiss Plaintiff Ahmad Mines is DENIED WITHOUT PREJUDICE; and

5. Defendant should file its Answer by April 28, 2023.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: April 13, 2023