**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AHMAD MINES, FNP-C,** | ) | |
| **INSTITUTE OF MULTIDIMENSIONAL** | ) | |
| **MEDICINE** | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | Civil No. 1:22-cv-03789-JEB |
| v. | ) | |
| | ) | |
| **METAGENICS, INC.** | ) | |
| | ) | |
| *Defendant.* | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ahmad Mines, FNP-C, and the Institute of Multidimensional Medicine, and Defendant Metagenics, Inc., by and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal with Prejudice of the above-captioned action. All parties to this case have resolved all matters between them. Accordingly, each party stipulates and agrees that every claim asserted herein should be **DISMISSED WITH PREJUDICE**. The parties stipulate and agree that attorney's fees and costs will be borne by the party incurring the same.

2

Date:  January 11, 2024

Respectfully submitted,

/s/ D. Margeaux Thomas
D. Margeaux Thomas, Esq.
The Thomas Law Office PLC
11130 Fairfax Blvd. Suite 200
Fairfax, VA 22030
703.957.2577 (t)
Mthomas@thomaslawplc.com

Counsel for Plaintiffs

/s/ Gordon D. Todd
Gordon D. Todd (D.C. Bar No. 475203)
Ellen Crisham Pellegrini (D.C. Bar No. 1002051)
Aaron P. Haviland (D.C. Bar No. 90001530)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January 2024, I electronically filed the foregoing

Joint Stipulation of Dismissal with Prejudice with the Clerk of the Court.  I also certify that a copy

of the foregoing Joint Stipulation of Dismissal with Prejudice was served, by the Court's electronic

filing system, on the following counsel of record:

D. Margeaux Thomas, Esq.
The Thomas Law Office PLC
11130 Fairfax Blvd. Suite 200
Fairfax, VA 22030
703.957.2577 (t)
Mthomas@thomaslawplc.com
*Counsel for Plaintiffs*

/s/ Gordon D. Todd
Gordon D. Todd (D.C. Bar No. 475203)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

*Counsel for Defendant*